# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RANDY FINCH** | * | **CIVIL ACTION NO. 25-324** |
| **VERSUS** | * | **JUDGE ELDON E. FALLON** |
| **CAPT. HENRY WASHINGTON, ET AL.** | * | **MAGISTRATE JUDGE EVA J. DOSSIER** |

\* \* \* \* \* \* \* \*

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, Rec. Doc. 18, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Randy Finch's petition for issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of November, 2025.

_____
THE HONORABLE ELDON E. FALLON